Mauri Long
Ray R. Brown
Danée Pontious
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax    277-9896

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 • FAX (907) 277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Cerene Buchea, Vaueli Maeva, )<br>and minor T.M., )<br> )<br>               Plaintiffs, )<br>vs. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>               Defendants. )<br>_____ ) | Case No. 3:09-CV-_____ |

**<u>COMPLAINT</u>**

COME plaintiffs, through counsel, the law firm of Dillon & Findley, P.C., for their respective causes of action against defendants, hereby allege as follows:

1.    Plaintiffs Cerene Buchea, Vaueli Maeva, mother and father of their minor son T.M., are and have been during all relevant times alleged herein residents of Anchorage, Alaska.

Case 3:09-cv-00031-TMB   Document 1   Filed 02/19/09   Page 1 of 7

2.   This cause of action arises under the Federal Tort Claims Act 28 U.S.C. § 1346, 2401 and 2671 *et seq*.

3.   This complaint alleges negligence on the part of the Alaska Native Medical Center and certified nurse midwife Janet Froeschle.

4.   On information and belief, Janet Froeschle was a certified nurse midwife employed by, contracted with, or agent of the Alaska Native Medical Center, during all relevant times as alleged herein.

5.   Alaska Native Medical Center during all relevant times alleged herein was part of the U.S. Department of Health & Human Services ("HHS") and/or operating under a contract with the HHS. Therefore, under 25 U.S.C. § 450f, the United States is the proper defendant concerning allegations of negligence on the part of the Alaska Native Medical Center.

6.   On or about December 7, 2007, the claims set forth herein were presented to the HHS. Since that agency has failed to make a final disposition of the claim within the six month time period, plaintiffs deem such failure to be a denial of their claims pursuant to 28 U.S.C. § 2675.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5ᵗʰ Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

**ALLEGATIONS OF NEGLIGENCE**

Plaintiffs reallege paragraphs 1 through 6 as if fully set forth herein and further allege as follows:

7. On December 24, 2005, plaintiff Cerene Buchea went into labor and was admitted to the Alaska Native Medical Center. Upon admission, Cerene was 8 days past her estimated due date of December 16 and had gained over 55 pounds during her pregnancy.

8. Cerene's first stage of labor lasted 14 hours and 53 minutes. She was having difficulty dilating fully, and it was noted that a Cesarean section may be needed. The fetal weight was estimated to be 8.5 – 9 pounds based on a sonogram done on December 22, 2005. The second stage of labor lasted 1 hour and 9 minutes.

9. Janet Froeschle documented that it was a slow delivery. Due to the concern of shoulder dystocia, she emergently paged Dr. Murphy and notified Neonatal Intensive Care. Dr. Murphy did not arrive until after T.M.'s birth.

10. Janet Froeschle failed to perform the appropriate maneuvers necessitated to resolve an incident of shoulder dystocia. Unfortunately, as a result of Ms. Froeschle's improper management of shoulder dystocia, T.M. has been left

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5ᵗʰ Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

Cerene Buchea et al. v. USA
Case No. 3:09-CV-_____
COMPLAINT
Page 3 of 7

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

with significant and permanent neurological injury to his right arm and shoulder.

11. On October 6, 2006, plaintiffs' counsel requested a complete copy of Cerene Buchea and T.M.'s medical records generated by the Alaska Native Medical Center from December 23, 2005 to the date of the request.

12. Plaintiffs' counsel specifically requested fetal heart monitoring strips taken during T.M.'s birth on February 6, 2007.

13. On February 14, 2007, plaintiffs' counsel was notified by the Alaska Native Medical Center staff that no fetal heart strips existed in the chart. Subsequently, plaintiffs' counsel was informed by counsel for the Alaska Native Medical Center that the fetal heart monitor strips were not retained.

**ALLEGATIONS OF NEGLIGENCE AGAINST THE UNITED STATES**

**COUNT I – NEGLIGENCE OF JANET FROESCHLE, CNM**

Plaintiffs reallege paragraphs 1 through 13 as if fully set forth herein, and further allege as follows:

14. On information and belief, defendant Janet Froeschle was a federal employee working on the staff of the Alaska Native Medical Center.

Cerene Buchea et al. v. USA
Case No. 3:09-CV-_____
COMPLAINT
Page 4 of 7

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 • FAX (907) 277-9896

15. Janet Froeschle owed a duty to plaintiffs to diagnose and treat an incident of shoulder dystocia with a degree of care and/or with a degree of knowledge or skill possessed by or ordinarily exercised by a certified nurse midwife.

16. Defendant Janet Froeschle either lacked the degree of knowledge or skill or failed to exercise the degree of care possessed by or ordinarily exercised by a certified nurse midwife in her conduct during the delivery of T.M. resulting in his severe and permanent injury and disability.

17. As a direct and proximate result of the negligent acts as above alleged, plaintiff T.M. suffered permanent personal injury, disfigurement and disability, past and future medical expenses, future wage loss, pain and suffering, emotional distress, diminishment of ability to enjoy life's benefits, and a loss of a chance of a complete or better recovery.

18. As a direct and proximate result of the negligent acts as above alleged, plaintiffs Cerene Buchea and Vaueli Maeva suffered the infliction of emotional distress and have and will continue to suffer the loss of consortium of their son, T.M. Additionally, Cerene Buchea has and will continue to suffer wage losses as a result of T.M.'s injury.

<u>Cerene Buchea et al. v. USA</u>
Case No. 3:09-CV-_____
COMPLAINT
Page 5 of 7

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5ᵗʰ Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

### COUNT II – ALASKA NATIVE MEDICAL CENTER

Plaintiffs reallege paragraphs 1 through 18 as if fully set forth herein, and further allege as follows:

19. On information and belief, Janet Froeschle was an employee and/or agent of the Alaska Native Medical Center at all times relevant to the acts alleged herein.

20. Alaska Native Medical Center is vicariously liable for the negligence acts of its employees and/or agents as alleged above.

21. As a direct and proximate result of the negligent acts as above alleged, plaintiff T.M. suffered permanent personal injury, disfigurement and disability, past and future medical expenses, future wage loss, pain and suffering, emotional distress, diminishment of ability to enjoy life's benefits, and a loss of a chance of a complete or better recovery.

22. As a direct and proximate result of the negligent acts as above alleged, plaintiffs Cerene Buchea and Vaueli Maeva suffered the infliction of emotional distress and have and will continue to suffer the loss of consortium of their son, T.M. Additionally, Cerene Buchea has and will continue to suffer wage losses as a result of T.M.'s injury.

WHEREFORE, plaintiffs pray for the following relief:

1.   For general and special damages in an amount to be proven at trial but exceeding $100,000.00; and

2.   All costs and other relief deemed just and proper.

DATED this 19th day of February 2009, at Anchorage, Alaska.

DILLON & FINDLEY, P.C.
Attorneys for Plaintiffs


By: s/Mauri Long
    Mauri Long, ABA No. 9001001
    1049 W. 5th Avenue, Suite 100
    Anchorage, Alaska  99501
    Phone:  277-5400
    Fax:    277-9896
    Email:  mauri@dillonfindley.com


By: s/Ray R. Brown
    Ray R. Brown, ABA No. 8206012
    1049 W. 5th Avenue, Suite 100
    Anchorage, Alaska  99501
    Phone:  277-5400
    Fax:    277-9896
    Email:  ray@dillonfindley.com


By: s/Danée Pontious
    Danée Pontious, ABA No. 0411076
    1049 W. 5th Avenue, Suite 100
    Anchorage, Alaska  99501
    Phone:  277-5400
    Fax:    277-9896
    Email:  danee@dillonfindley.com

LAW OFFICES
DILLON & FINDLEY
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896