KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-3379
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERENE BUCHEA, VAUELI MAEVA, and minor T.M., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:09-cv-00031-TMB <br><br><br> **STATUS REPORT** |

The United States of America, through counsel, provides the following status report in this case in response to this Court's Order at Docket 26.

The parties have reached a settlement of this case. A settlement agreement needs to be finalized and signed, and state court approval of the minor settlement must be obtained in accordance with Ak.LR 68.3. Then, a request for payment of the settlement needs to be transmitted to the Treasury Department.

The undersigned is hopeful this might be accomplished within the next 30 days, if not sooner.

Accordingly, the undersigned proposes that a further status report or a stipulation to dismiss be filed on or before August 15, 2011.

RESPECTFULLY SUBMITTED this July 21, 2011.

KAREN L. LOEFFLER
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
Attorney for Defendant United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2011
a copy of the foregoing **STATUS REPORT**
was served electronically on :

Ray Brown
Mauri Long


s/ Richard L. Pomeroy

Buchea v. USA
Case No. 3:09-cv-00031-TMB                    2

Case 3:09-cv-00031-TMB   Document 27   Filed 07/21/11   Page 2 of 2