Mauri Long
Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Cerene Buchea, Vaueli Maeva, and minor T.M.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | <br><br><br><br><br><br><br><br><br>Case No. 3:09-CV-31-TMB |

**STIPULATION TO DISMISS**

The parties, through counsel, hereby stipulate that this case may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED this 16th day of August 2011, at Anchorage, Alaska.

    DILLON & FINDLEY, P.C.
    Attorneys for Plaintiffs

    By: s/Mauri Long
        Mauri Long, ABA No. 9001001
        1049 W. 5th Avenue, Suite 200
        Anchorage, Alaska  99501
        Phone:  277-5400
        Fax:    277-9896
        Email:  mauri@dillonfindley.com

LAW OFFICES
DILLON & FINDLEY
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 200
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

KAREN L. LOEFFLER
United States Attorney

By: s/Richard L. Pomeroy (consent)
    Assistant U.S. Attorney
    222 W. 7th Ave., #9, Rm. 253
    Anchorage, AK  99513-7567
    Phone: 271-3378
    Fax:   271-2344
    Email: richard.pomeroy@usdoj.gov
    ABA No. 8906031